AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
| Krismas Gatdet | ) Case No. 8:22MJ345 |  |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 1, 2022 - June 13, 2022  in the county of  Douglas  in the  District of  Nebraska , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) | Bank Robbery |
| 18 U.S.C. 2113(a) | Attempted Bank Robbery |
| 18 U.S.C. 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jon Martin, FBI Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date:  6-14-22

_____
*Judge's signature*

City and state:  Omaha, Nebraska

Susan M. Bazis, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

**DISTRICT OF NEBRASKA**   )
                          )  ss.   **Affidavit of TFO Jon Martin**
**COUNTY OF DOUGLAS**     )

I, Jon Martin, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1.  I am a Detective with the Omaha Police Department (OPD) and have been so employed for approximately twenty (23) years. I am currently assigned as a Task Force Officer (TFO) with the Great Plains Violent Crimes Task Force (GPVCTF), located at the FBI Omaha Division in Omaha, Nebraska. As a TFO, I have received training on a multitude of federal offenses at numerous law enforcement venues. I regularly refer to these laws and regulations during the course of my official duties. During my career as a Detective with the OPD and a TFO with the FBI Omaha Division GPVCTF, I have been the Case Agent and have assisted in robbery investigations which have resulted in search warrants, arrests, and the seizure and forfeiture of assets. Since I have been employed with the OPD, I have worked in the Uniform Patrol Bureau for approximately nine (9) years, and have since worked in the Criminal Investigation Bureau (CIB) where I specialized in robbery related offenses.

## PURPOSE OF THIS AFFIDAVIT

2.  This affidavit is submitted in support of a criminal complaint and arrest warrant for KRISMAS GATDET, DOB 12/25/87 for violations of Title 18, United States Code, Section 2113(a), bank robbery and attempted bank robbery. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant for GATDET, I have not set forth each and

1

every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally, and through written reports.

## OVERVIEW OF INVESTIGATION

Bank Robbery of Metro Federal Credit Union

11102 Emmet Street, Omaha, Nebraska

3.  On June 1, 2022, at approximately 1:28PM, the Metro Federal Credit Union, 111-2 Emmet Street, Omaha, Nebraska, was robbed by an unknown black male subject. During the robbery, the subject passed a demand note for United States Currency with directions for the credit union to "Do what the note says and don't touch the button". The subject was provided with approximately $9000 and the subject then fled the scene on foot. The subject was described as a black male, approximately 6'3" tall, with a large build, wearing a brown, tan and white flannel shirt, blue denim jeans, and shoes that appeared to be Vans brand shoes.

4.  Officers conducted a canvass of the area, and it was discovered the subject had been in the Kum & Go store at 11111 Emmet Street, Omaha, Nebraska, just prior to the robbery. The subject was wearing the same clothing from the robbery. The subject purchased a plastic cup of water from the Kum & Go, and was observed on surveillance video drinking the water and then discarding the cup in the dumpster to the north of the business. The dumpster was checked and the cup was located and later recovered by Omaha Police Department Forensic Investigations. Further follow up to the subject at the Kum & Go showed that the subject had

2

been in the store on May 31, 2022 and at that time the subject had arrived in a Silver 2008 Toyota Highlander with Nebraska plate VNG670. That plate was registered to Elizabeth Lam.

5.     Investigation into that vehicle showed an association with KRISMAS GATDET and that GATDET may possibly be residing at 8408 Baker Street, Omaha, Nebraska. Upon search of police databases, photos of GATDET were compared to surveillance photos from the Metro Credit Union and Kum & Go and the subject appeared to resemble GATDET. A latent print from the plastic cup was obtained and identified to KRISMAS GATDET. Omaha Police Department Robbery Detective Derrick KREIKEMEIER was able to obtain an arrest warrant for GATDET for his role in the robbery of the Metro Credit Union.

6.     The Metro Credit Union is an NCUA Credit Union that is federally insured.

## Attempted Bank Robbery of First Nebraska Credit Union
## 4740 South 48th Street, Omaha, Nebraska

7.     On Friday June 10, 2022, at approximately 4:39PM, the First Nebraska Credit Union, 4740 South 48th Street, Omaha, Nebraska, was a target of an attempted bank robbery by an unknown black male subject. During the robbery attempt, the black male subject had entered the credit union and presented a demand note for United States currency. The teller told the subject she did not have any money in her drawer and the subject fled the area without receiving and proceeds from the robbery. A review of the surveillance video led investigators to believe that the subject was KRISMAS GATDET, due to the images of his face and body, as well as the Modus Operandi of the robbery. During the robbery, GATDET was wearing a black long sleeve

shirt, blue jeans, white shoes, and a black bandana with white designs (which GATDET pulled up after entering the front doors). GATDET had been observed on surveillance footage outside the credit union with his face exposed.

8. Additional follow up showed that GATDET had attempted to cash a $5000 check and open an account at First Nebraska Credit Union on June 9, 2022. The check was declined due to insufficient identification. During the attempted check cashing, GATDET was wearing an orange and black plaid long sleeve shirt, blue jeans, black sandals and a black hat. First Nebraska Credit Union is an NCUA credit union.

## Bank Robbery of Centris Federal Credit Union
## 15480 Spaulding Plaza, Omaha, Nebraska

9. On Monday, June 13, 2022, at approximately 5:24PM, the Centris Federal Credit Union, 15480 Spaulding Plaza, Omaha, Nebraska, was robbed by a male subject. During the robbery, the subject presented a demand note for United States currency. The subject was provided with $370 in cash, to include bait bills (bills with recorded serial numbers). The subject fled the area on foot. Video surveillance was reviewed and the subject was identified as KRISMAS GATDET due to images of his face and body. GATDET was wearing an orange and black plaid long sleeve shirt, black jeans and gray tennis shoes with white soles. Additional review of surveillance footage showed that GATDET had been at Centris Federal Credit Union on Saturday June 11, 2022, at which time he had tried to cash a $5000 check but was denied the transaction. During the attempted check cashing, GATDET was wearing a black

4

tee shirt, a neon construction type vest, dark shoes, and a dark baseball hat.

10. Centris Federal Credit Union is an NCUA credit union and federally insured.

## ARREST OF KRISMAS GATDET

11. After the robbery of the Centris Federal Credit Union, members of the GPVCTF set up surveillance on 8408 Baker Street, Omaha, Nebraska, in an attempt to locate GATDET for his outstanding arrest warrant for the robbery of the Metro Credit Union. At approximately 7:15PM, TFO JON MARTIN observed the Silver 2008 Toyota Highlander, Nebraska Plate VNG670 parked in front of 8408 Baker Street, Omaha, Nebraska. Members of the GPVCTF conducted surveillance on 8408 Baker Street until approximately 9:46PM, at which time a male was observed exiting 8408 Baker Street and approaching the Silver 2008 Toyota Highlander. The male was wearing a neon construction vest and matched the physical description of KRISTMAS GATDET. As the male drove the Highlander from the residence, TFO JON MARTIN was able to positively identify the driver as KRISMAS GATDET. A traffic stop was conducted on the Highlander at 86th Avenue and Hanover Street, at which time KRISMAS GATDET was taken into custody and transported to Omaha Police Department for interviewing. During the arrest of GATDET, it was discovered that he was in possession of all the bait bills from the Centris Federal Credit Union robbery. During the arrest of GATDET, an orange and black shirt was on the front passenger seat of the Highlander. A search warrant was authorized through Douglas County Nebraska, and was served at 8408 Baker Street, Omaha, Nebraska. During the service of the warrant, items of evidence to include clothing and a $5000 check were recovered.

5

12. Based upon the above facts and circumstances, I believe sufficient probable cause exists to authorize a criminal complaint and arrest warrant for KRISMAS GATDET, born 12/25/1987, a Sudanese male, regarding violations of bank robbery and attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

JON P. MARTIN, Task Force Officer
Omaha Police Department
Federal Bureau of Investigation

Subscribed and sworn before me on this __14__ day of June, 2022.

SUSAN M. BAZIS
United States Magistrate Judge
District of Nebraska

6